**SEALED FILED**

1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2785

NOV 2 8 2005

CLERK, U S DISTRICT COURT
ASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF REMOTE CONTROLLED VIDEO CAMERA & MICROWAVE TRANSMITTING DEVICES Re: 5551 Waterfall Trail, Greenwood, Ca. and 1020 Northside Drive, Suite D Cool, Ca. | Misc. S.W. No. 01-0085-DAD<br>Misc. S.W. No. 01-0108-JFM<br><br>MOTION AND ORDER TO UNSEAL POLE CAMERA APPLICATIONS AND ORDERS |

The United States, by and through its counsel, hereby informs the Court that this investigation has resulted in the arrest of two defendants and hereby moves this Court to order the unsealing of the orders, applications, declarations, and any attachments, filed in the above-captioned matters.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: _____
ANNE PINGS
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: 11/28/05

_____
United States Magistrate Judge